390 A.2d 1353

**COMMONWEALTH of Pennsylvania**

v.

**Harry CLARK, Appellant.**

Superior Court of Pennsylvania.

Submitted Nov. 14, 1977.

Decided July 12, 1978.

Stephen Toole, Special Assistant Public Defender, Meadville, for appellant.

Douglass W. Ferguson, District Attorney, Meadville, for Commonwealth, appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissent and would remand for a new trial free of references to the DuBois robbery. *See Commonwealth v. Morris,* 258 Pa.Super. ——, 391 A.2d 653 (SPAETH, J., opinion in support of reversal) (Filed July 12, 1978).

WATKINS, former President Judge, did not participate in the consideration or decision of this case.